Case 2:10-cv-05700-SDW -MCA   Document 1   Filed 11/02/10   Page 1 of 8 PageID: 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

---

| | |
|---|---|
| **CSAV AGENCY NORTH AMERICA, LLC** | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| **PORTS AMERICA BALTIMORE, INC.** a/k/a SEAGIRT MARINE TERMINAL; j/s/a | : |
| | : **CIVIL COMPLAINT** |
| | : **CONTRACT** |
| Defendant(s). | : |

---

Plaintiff, CSAV Agency North America, LLC, by its attorney, Bryan D. Press, Esq., as and for its Complaint against defendant(s), Ports America Baltimore, Inc. a/k/a Seagirt Marine Terminal; j/s/a, in personam, in a cause of action civil and maritime, alleges upon information and belief:

## JURISDICTIONAL ALLEGATIONS

1.   The jurisdiction of this Court is founded on the admiralty or maritime character of the claim as more fully appears herein.  This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.   This is also a claim arising out of a civil case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. §§1333 and/or the Interstate Commerce clause of the United States Constitution.

## VENUE

This Court has venue over this matter because both plaintiff and defendant(s) reside and/or do business within the United States of America, and/or, the contract between the parties is

governed by the laws of the United States of America.

## PARTIES

1. At all times hereinafter mentioned, plaintiff, CSAV Agency North America, LLC, was and still is a corporation duly organized and existing under the laws of the State of New Jersey with offices and a principal place of business at 99 Wood Avenue South, Suite 900, Iselin, New Jersey.

2. Upon information and belief and at all times hereinafter mentioned, defendant, Ports America Baltimore, Inc., is the owner and/or operator of Seagirt Marine Terminal, and, was and is a corporation entitled to do business in the State of Maryland, with a principal place of business at 200 Broening Highway, Baltimore, Maryland.

## FIRST COUNT

1. Plaintiff repeats and realleges each and every material fact and allegation contained in the preceding paragraphs, as if fully set forth herein verbatim.

2. Certain goods belonging to defendant(s) and/or defendant(s)' customer(s) were delivered to plaintiff who arranged and assumed common carrier responsibility to dray, load, pack and transport defendant(s)' goods to the port(s) of destination designated by defendant(s) pursuant to the contract(s) of carriage entered between plaintiff and defendant(s).

3. Upon information and belief, defendant(s) and/or defendant(s)' customer(s) acted at all times relevant as the shipper to plaintiff's bill(s) of lading, and as such, agreed to pay all freight, drayage, loading, accessorial, and other charges incident to the transportation of defendant(s)' goods to their ultimate destination(s).

4. Upon information and belief, plaintiff's bill(s) of lading served as defendant(s)'

document(s) of title, receipt(s) of the goods transported by plaintiff, and contract(s) of carriage between plaintiff and defendant(s).

5. Upon information and belief, defendant(s)' goods were transported to defendant(s) at the port(s) of destination and defendant(s) received its goods.

6. Defendant(s) and/or defendant(s)' customer(s), as part of the chain of international transportation, took possession of the goods at the port(s) of destination, and took possession of plaintiff's equipment pursuant to the agreement between the parties.

7. Defendant(s) had a duty to make payment to plaintiff for accessorial charges, and defendant(s) herein was bound to make payment of all accessorial charges due to plaintiff, whether same were collected from defendant(s)' customer(s).

8. Defendants had a duty to make all payments to plaintiff for all appurtenant charges such as demurrage, and /or damage to the property of Plaintiff.

9. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff, including demand for payment.

10. Defendant(s) has failed and refused and continues to fail and refuse to remit payment of $22,053.61 due and owing to plaintiff, although duly demanded.

## SECOND COUNT

1. Plaintiff repeats and realleges each and every material fact and allegation set forth in the preceding paragraphs, as if fully set forth herein verbatim.

2. There is due from the defendant(s) the sum of $22,053.61, on a certain book account, a true copy of which is annexed hereto as Exhibit "A".

3. Payment of the aforesaid sum has been demanded and refused.

## THIRD COUNT

1.  Plaintiff repeats and realleges each and every material fact and allegation set forth in the preceding paragraphs, as if fully set forth herein verbatim.

2.  Plaintiff sues the defendant(s) for goods sold and delivered and/or services rendered and/or re-payment of balances remitted by the plaintiff to and/or for the benefit of defendant(s), or for other accessorial charge(s), including, but not limited to, damage to equipment, upon the promise by the defendant(s) to pay the agreed amount as set forth in Exhibit "A" annexed hereto.

3.  Payment has been demanded and refused.

## FOURTH COUNT

1.  Plaintiff repeats and realleges each and every material fact and allegation set forth in the preceding paragraphs, as if fully set forth herein verbatim.

2.  The plaintiff sues the defendant(s) for the reasonable value of goods sold and delivered and/or services rendered by the plaintiff to the defendant(s), and/or re-payment of balances remitted by the plaintiff to and/or for the benefit of defendant(s), or for other accessorial charge(s), including, but not limited to, damage to equipment, upon the promise of the defendant(s) to pay a reasonable price for same, as set forth in Exhibit "A" annexed hereto.

3.  Payment of the aforesaid sum has been demanded and refused.

## FIFTH COUNT

1.  Plaintiff repeats and realleges each and every material fact and allegation set forth in the preceding paragraphs, as if fully set forth herein verbatim.

2.  The defendant(s), being indebted to the plaintiff in the sum of $22,053.61, upon account stated between them, did promise to pay the plaintiff said sum upon demand.

3.      Payment has been demanded and has not been made.

## DAMAGES

By reason of the foregoing, plaintiff has sustained damages in the amount of $22,053.61 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays for:

A.      Judgment in favor of the plaintiff in the amount of plaintiff's damages of $22,053.61, together with interest thereon, as well as costs, disbursements and a reasonable attorney's fees;

B.      Judgment in favor of the plaintiff for punitive damages for breach of contract;

C.      That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant(s) citing it to appear and answer all the singular matters aforesaid;

D.      That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

**LAW OFFICES OF BRYAN D. PRESS**

BY:   /s/  *BRYAN D. PRESS, ESQ.*
      BRYAN D. PRESS - BP0286
      Attorney for Plaintiff
      24-06 Broadway, Suite 4
      Fair Lawn, NJ  07410
      (201) 703-5001

Dated:  November 2, 2010

**EXHIBIT "A"**

```
                                           Aug 13, 2009


SEAGIRT MARINE TERMINAL
ATTN:410-288-8602   SECTY
2600 BROENING HWY

BALTIMORE, MD 21224

   OUR FILE #: 220365-450-LD


   Creditor              Account #        Regarding          Amt Owed ServDate
 CSAV C/O ATG           PCA0091951        DETENTION          3702.79 07/23/07
 CSAV C/O ATG           PCA0075078        DETENTION           387.64 07/11/06
 CSAV C/O ATG           PCA0075080        DETENTION           363.43 07/11/06
 CSAV C/O ATG           PCA0075081        DETENTION           363.43 07/11/06
 CSAV C/O ATG           PCA0075083        DETENTION           200.26 07/11/06
 CSAV C/O ATG           L8A0024127        DETENTION           403.84 07/10/06
 CSAV C/O ATG           YFA0024295        DETENTION           393.64 07/10/06
 CSAV C/O ATG           PCA0074956        DETENTION           147.88 07/07/06
 CSAV C/O ATG           L8A0024043        DETENTION           280.88 06/29/06
 CSAV C/O ATG           PCA0074497        DETENTION            69.83 06/29/06
 CSAV C/O ATG           PCA0074501        DETENTION           287.89 06/29/06
 CSAV C/O ATG           PCA0074502        DETENTION           287.89 06/29/06
 CSAV C/O ATG           PCA0074505        DETENTION           444.05 06/29/06
 CSAV C/O ATG           PCA0074506        DETENTION           440.05 06/29/06
 CSAV C/O ATG           L8A0024014        DETENTION           227.46 06/26/06
 CSAV C/O ATG           PCA0074265        DETENTION           241.06 06/26/06
 CSAV C/O ATG           PCA0074267        DETETNION           110.59 06/26/06
 CSAV C/O ATG           YFA0023984        DETENTION           143.78 06/26/06
 CSAV C/O ATG           PCA0073605        DETENTION           682.79 06/16/06
 CSAV C/O ATG           PCA0072849        DETENTION           272.83 06/07/06
 CSAV C/O ATG           PCA0072563        DETENTION           338.25 06/02/06
 CSAV C/O ATG           PCA0072258        DETENTION           385.43 05/26/06
 CSAV C/O ATG           PCA0072260        DETENTION           278.88 05/26/06
 CSAV C/O ATG           PCA0072019        DETENTION           234.42 05/23/06
 CSAV C/O ATG           PCA0071638        DETENTION           160.49 05/19/06
 CSAV C/O ATG           PCA0071641        DETENTION           278.83 05/19/06
 CSAV C/O ATG           PCA0071662        DETENTION           246.62 05/19/06
 CSAV C/O ATG           L8A0023707        DETENTION           250.62 05/18/06
 CSAV C/O ATG           L8A0023708        DETENTION           250.62 05/18/06
 CSAV C/O ATG           PCA0071593        DETENTION           307.03 05/18/06
 CSAV C/O ATG           L8A0023703        DETENTION           763.71 05/17/06
 CSAV C/O ATG           PCA0071300        DETENTION          1113.95 05/12/06
 CSAV C/O ATG           YFA0022897        DETENTION          1845.44 05/11/06
 CSAV C/O ATG           PCA0066557        DETENTION           336.36 02/15/06
```

```
CSAV C/O ATG       PCA0070960      DETENTION       330.00 11/29/05
CSAV C/O ATG       PCA0061284      DETENTION       789.72 11/16/05
CSAV C/O ATG       YFA0016888      DETENTION      2624.01 08/30/05
CSAV C/O ATG       PCA0055410      DETENTION      1481.58 07/18/05
CSAV C/O ATG       L8A0020752      DETENTION       585.64 07/12/05
                                                  ----------
                                                  22053.61
```